IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER CHARLES ROMERO,

     Plaintiff,

v.                                                                                    No. 23-cv-01123-JB-KBM

THE BOARD OF COUNTY
COMMISSIONERS OF THE COUNTY
OF BERNALILLO, MAYOR TIM
KELLER, JASON JONES, SERGIO
SAPIEN,

     Defendants.

**ORDER TO CURE DEFICIENCIES**

This matter is before the Court on Plaintiff's Letter Regarding Civil Rights Claims (Doc.1) (Letter).   Plaintiff is incarcerated and proceeding *pro se*.   The Letter indicates he wishes to file a 42 U.S.C. § 1983 civil rights complaint.   On December 19, 2023, the Clerk's Office sent Plaintiff a blank § 1983 complaint and motion to proceed *in forma pauperis*.   He has not returned the forms.   Plaintiff must file a complaint within thirty (30) days of entry of this Order.   By the same deadline, Plaintiff must also prepay the $405 filing fee or, alternatively, file an *in forma pauperis* motion along with an account statement reflecting transactions for a six-month period.   *See* 28 U.S.C. § 1915(a)(2).   All filings should include the case number (23-cv-01123-JB-KBM).   In addition, all mailing envelopes should be labelled as "Legal Mail" and include Plaintiff's inmate number.   The failure to timely comply with this Order may result in dismissal of this case without further notice.

     **IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint on the

§ 1983 form; and (2) prepay the $405 filing fee or, alternatively, submit an *in forma pauperis* motion that attaches an account statement reflecting transactions for a six-month period.

**SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE